IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CRIMINAL NO. 4:09CR88 |
| | § | |
| PIERRE SOWELL | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, this court having heretofore referred the request for revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The court has received the report of the United States Magistrate Judge pursuant to its order. Defendant having waived allocution before this court as well as his right to object to the report of the Magistrate Judge, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is, therefore, **ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the court. It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**. It is further **ORDERED** that Defendant be committed to the custody of the U.S. Marshal Service to be detained for a term of one (1) hour to be served on October 8, 2014 with Defendant to be released at 12:45 p.m., with two (2) years, eleven (11) months and twenty-nine (29) days supervised release to follow. It is further recommended that it be **ORDERED** that the amount of required monthly restitution payments be reduced to ten percent (10%) of Defendant's gross monthly income.

**IT IS SO ORDERED.**

**SIGNED this the 5th day of December, 2014.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE